UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80315-CIV-CANNON/Reinhart

**PATRICK J.P. LEACH**,

    Plaintiff,

v.

**COMMISSONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court upon the parties' Cross Motions for Summary Judgment [ECF Nos. 20, 21] and Magistrate Judge Bruce E. Reinhart's Report and Recommendation [ECF No. 33]. The Court accepted the Report and Recommendation in a separate order [ECF No. 36]. In accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby

    **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security, and against Plaintiff, Patrick J.P. Leach.

2. Defendant's final administrative decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to mail a copy of this Order to Plaintiff at the address listed below.

4. The Clerk of the Court shall **CLOSE** this case.

CASE NO. 22-80315-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of March 2024.

                                            **AILEEN M. CANNON**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

        Patrick J.P. Leach
        6676 Country Winds Cove
        Lake Worth, Florida 33463
        PRO SE